NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELLA REE MITCHUM,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1611

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-647.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

The United States Court of Appeals for Veterans Claims docketed a letter from Ella Ree Mitchum as a notice of appeal to this court from that court's judgment dismissing Ms. Mitchum's case. *See* ECF No. 1-3 at 1. Ms. Mitchum now submits to this court a letter stating, among other things, that she is "NOT appealing [ ] to the [ ] United States Court of Appeals for the Federal Circuit," that she

"will NOT submit" the docketing fee, fee waiver request, or an opening brief, and that she does "NOT consent to Federal Circuit Docket No: 23-1611" because it "is unauthorized." ECF No. 4 at 4–5. The court construes that letter as a motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

May 18, 2023                    /s/ Peter R. Marksteiner
    Date                        Peter R. Marksteiner
                                Clerk of Court

ISSUED AS A MANDATE:  May 18, 2023